ACCEPTED
01-14-00698-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 5:21:13 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00697-CR**
**No. 01-14-00698-CR**

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/26/2015 5:21:13 PM

CHRISTOPHER A. PRINE
Clerk

─────────◆─────────

**No. 1408625**
**No. 1408626**
In the 262nd District Court
Harris County, Texas

─────────◆─────────

DAVID SENDEJO
*Appellant*
v.
THE STATE OF TEXAS
*Appellee*

─────────◆─────────

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

─────────◆─────────

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 262nd District Court of Harris County, Texas, in cause numbers 1408625 and 1408626, the Appellant was convicted on August 12, 2014, in **The State of Texas v. David Sendejo.**

2. For two offenses of aggravated assault, his punishment was assessed at sixty-five years in prison in both cases.

3. Written notices of appeal were timely filed on August 12, 2014.

4. Appellant's brief was filed with this Court on January 12, 2015.

5. The State's brief was due to be filed with this Court on February 11, 2015.

6. An extension of time in which to file the State's brief is requested until March 9, 2015.

7. No previous extensions have been granted to the State.

8. The facts relied upon to explain the need for this extension are:

The State's brief in this case has been prepared by an appellate intern, who has also been attending law school during this same time period. Therefore, additional time has been necessary in order to prepare the State's brief.

WHEREFORE, the State prays that this Court will grant an extension of time until March 9, 2015, in which to file the State's brief in this case.

Respectfully submitted,

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant at the following addresses on February 26, 2015:

Thomas Lewis
Attorney at Law
1602 Washington Avenue
Houston, Texas  77007

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date:  February 26, 2015